

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ZETA OCEAN SHIPPING, LTD. | CIVIL ACTION |
| VERSUS | NO.: 00-0407 |
| INTERNATIONAL MARITIME SERVICES, INC. | SECTION "L" (3) |
| | JUDGE FALLON<br>MAG. AFRICK |

## MOTION AND ORDER FOR PRELIMINARY DEFAULT

TO: Ms. Loretta G. Whyte
Clerk of Court
United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

**NOW UNTO COURT,** through undersigned counsel, comes plaintiff, Zeta Ocean Shipping, Ltd., who respectfully requests that this Honorable Court enter a preliminary default against Defendant, International Maritime Services, Inc., for failure to plead or otherwise defend as provided by Federal Rule of Civil Procedure 55(a) and as appears from the Affidavit of Charles L. Whited, Jr., attached hereto.

DATE OF ENTRY

MAR 1 7 2000

Respectfully submitted,

MURPHY, ROGERS & SLOSS

*[signature]*

Charles L. Whited, Jr., T.A. (#15095)
Suite 400, One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 523-0400
Attorneys for Zeta Ocean Shipping, Ltd.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ZETA OCEAN SHIPPING, LTD. | CIVIL ACTION |
| VERSUS | NO.: 00-0407 |
| INTERNATIONAL MARITIME SERVICES, INC. | SECTION "L" (3) |
| | JUDGE FALLON<br>MAG. AFRICK |

## ORDER

**IT IS HEREBY ORDERED** that a preliminary default judgment be entered against defendant, International Maritime Services, Inc., and in favor of plaintiff, Zeta Ocean Shipping, Ltd., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 17th day of March, 2000.

LORETTA G. WHYTE
_____
CLERK OF COURT
United States District Court
Eastern District of Louisiana

by: [signature]
Deputy Clerk