FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -5 A 9: 59

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ZETA OCEAN SHIPPING, LTD. | CIVIL ACTION |
| VERSUS | NO.: 00-0407 |
| INTERNATIONAL MARITIME SERVICES, INC. | SECTION "L" (3) |
| | JUDGE FALLON<br>MAG. AFRICK |

### JUDGMENT BY DEFAULT UPON APPLICATION TO CLERK

In this action the defendant, International Maritime Services, Inc., was served on 18 February 2000 with the summons and complaint, by personal service on International Maritime Services, Inc.'s officer/employee, Slimane Maatki, 140 Woodlake Blvd., Kenner, Louisiana 70065-1059, and failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired and the default of the defendant, International Maritime Services, Inc., has been duly entered. Upon the application of plaintiff, judgment is hereby entered against defendant in accordance with the prayer of the complaint.

**WHEREFORE IT IS ORDERED, ADJUDGED AND DECREED**, that the

DATE OF ENTRY

MAY - 5 2000



plaintiff shall have and recover from defendant the sum of $18,056.02 dollars with interest at the legal rate from the date of judgment, till paid, together with plaintiff's costs to date, and that the plaintiff have execution therefor.

Judgment rendered New Orleans, Louisiana this ___4___ day of __May__, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE